Kerry Salas De La Miya "Galinis"
PO Box 2017, Lake Charles, La, 70615
Kerrysalas36@gmail.com
tomeka.gilbert.law@gmail.com
Service@mylawbird.com
(504) 408-0663

FILED - MQ
November 27, 2023 11:51 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mic SCANNED BY: /s/

U.S. Courts of Michigan
Clerk
330 Federal Bldg
202 W Washington
PO Box 698
Marquette, MI, 49855

**EMERGENCY!!**

<u>PETITION</u>: FOR <u>WRIT OF MANDAMUS</u> TO COMPEL &
<u>WRIT OF CERTIORARI</u> & <u>REMEDIAL</u> &
<u>WRIT FOR PROHIBITION</u> & <u>PROCEDENDO</u> &
<u>WRIT QUO WARRANTO</u>

1:23-cv-1235
Paul L. Maloney - U.S. District Judge
Ray Kent - Magistrate Judge

Case # 1:14-cv-0046-PLM
Case # 22-cv-00515-L-BGL

<u>Kerry Salas De La Miya "Galinis"</u>          VS          <u>Branch County Courts</u> (A)(B)(C)
<u>PO Box 2017, Lake Charles, La, 70615</u>                 <u>Branch County Sheriff's</u>
                                                          <u>State of Michigan District Attorn</u>

RE: I outlined alot of the things happening in the eight page complaint. Attached to my families Federal cases to give the court an Idea on this history Subject matter that has been going on for years. I need a Permint Injunction for there Abuse of there powers and abuse of the process. I need the DNA test of My Daughter. This is a form of Hostage taking and Kidnapping by Judical force. Branch County needs all this listed Writs above. The high courts can look at Branch County courts Like the Babysitter than Ran up the Phone Bill in the 1990's. Even the Babysitter abuseds the situation and Power of Athority one was Granted. I invoke all my Rights that Case Number # 22-cv-00515-L-BGL fights for. Branch County Denies these rights to myself and my family. I need the Department of Defense Document Release Order from Prison they fail to give me. Or my Attorney's they even fail and Denied me to get a Birth Certificate. They use there Sheriff Network to commit Judical war on my Executive Position. Which is Treason, Against this country. Admiral William Galinis would not be happy about this, the Yemen Situation goes Deep in his heart Losing his men on the USS Cole, And Branch County Protects the NON American Yemen Men that Abuse there Women in our communities. This might Be Political But I ask the high courts to ORDER The DNA, ORDER The District Attorney for final Disposition Regarding the felony Charges they have against me, And honor all FOIA Request that I send to them. I need them to send Correspondences Back. I need Branch County to come collect the warrent or Quash The Warrant. They have had enough chences to collect. I am not going to serve Double Prison Sentences for there corruption. I want to come home to get my Daughter and Raise my family. They need to allow me equal and Fair Access to The Courts. Since they did not take Jurisdiction to the subject matter

of DNA. I ask the courts to issue them a Judical Review on a matter they have failed to Answer. Branch County is upset I am Intranet and everyone else in the world is Internet. Intranet on the Government Enterprise. I have integrety and I do not abuse my Powers as Intranet Global world Admnstration. I need that order of Relecse from prison that Branch County Courts are Keeping from me. A Judical Goverment Cover up over Executive Goverment Position. They Better Ceses and Disist the actions. In the mean time I PRAY to the high courts to grant my Relief for DNA Testing, Order them to Recall the unlawful warant for violations to my speedy Trial rights and violations of my Due Process. Make the Courts and County Goverment OBEY Local, State, and Federal Laws including International Trade Laws.

I want Branch County to Compel to my full Discovery and FOIA Request. I want an order Stopping them "Gag Order" from making Anti Executive Goverment Comments About me being a Judical Branch they have No Oversight in the Executive Branches of Goverment. I want 40 copies of that order of Relecse Mailed to:

Kerry Sclcs De La Myc #1550200
Calcasieu Sheriff's Department
Po Box 2017, Lake Charles La, 70615

I would have Paid for the copies, But since they made me use all My Paper I want the courts to Order them to use there Paper up to 5000 Sheets of Paper. I seek also Releif of 5,000 Copies of any Documents I request in a Discovery or FOIA Request. I don't have the Addess to the Western Michigan District Courts could you Please send Every thing to the Correct Federal District Court I am very Limited on the Court Addresses.

c/o ExecSecDef: Records          ExecSecDef Kerry Sclcs De Lc Myc
1030 Pentagon Defense            Kerry Gelinis
Washington, DC. 20007            K——
                                 Nov 20, 2023

Kerry Salas  
PO Box 2017, Lake Charles, La, 70615  
Kerrysalas36@gmail.com  
tomeka.gilbert.law@gmail.com  
service@mylawbird.com  
(504) 408-0663  

C/O Clerk  
330 Federal Bldg  
202 W Washington  
PO Box 698  
Marquette, MI, 49855  

US District Courts  
of Louisiana  
611 Broad St, Stu # 188  
Lake Charles, La, 70601  
Judge Kathleen Kay  
andrea_crawford@lawd.uscourts.gov  

## PETITION FOR WRIT OF MANDAMUS TO COMPEL
## FOR RECONSIDERATION OF ORDER OF RELEASE

Case # 11218-23  
Case # 13116-23  
Case # 22-CV-00515-L-BGS  
Case # 1:14-CV-0046-PLM  

Plantiff                                                                                               Defendant  
                                                                                                            (ABCDEFG)  
Kerry Salas De La Miya "Galinis"    VS         14th Judical District Courts  

RE: The courts quoted "La CCRP 701" the State has 60 days to Bring Bill of Information and Indicment in Felony Cases.

RE: La CCRP 701 (2)(a)(b) "Surpa" 120 days to Bring Speedy trial or Be released from Bond Conditions, following a contradictory hearing.

We ask the courts to grant the "Order of Release" from Jail or Prison. "Note" The courts signed a 48 hour Warrant. The warrant was up in 48 hours, I was never released. I demanded Habeas Corpus many times. The Detectives did not submit there investagation until July 19 2023 which went way beyond the 48 hours PC Warrant. "False Imprisonment" "Supra" "Galinis V. Branch County Sheriff's Department" Deputy Amanda Lied to Judge Canaday and signed the request for the warrant the statement was on all three "48 hour Warrants" the Quote in my warrant I never made those statements and she Lied under Perjury. Also Detective Harie, Ben Lied as well. Then Entering into my Place of Business "Without a Warrant" is "unlawful". It was a violation against my rights. All the "Amendments" was in violation. "You Can't break the Law to enforce the Law" Also the Detectives allowed "Evidence" to Be stolen and Distroyed. By allowing a Dumpster to be ordered after I asked the Calcasieu Parish to get these Items, I requested Electronic and Written to the courts. I motion the courts "PETITION" to order the Preservation of Evidence with a "restraing order" and a "Injunction" on address "728 LA-397, Lake Charles, La, 70615" I was not Equally Protected under the Law and my rights was in violation. Again, I wrote writs, motions the courts never responded to NONE of them. I sent "Notice of Hearing" and "Served Process" was in violation of all parties. I sent Notice of hearing by a Sheriff Deputy Kelly This is a violation of Court Room Rules & Ethics, violation of Serve Process.

C/O ExecSecDef                                                    ExecSecDef Kerry Salas De La Miya  
1030 Pentagon Defense                                      Kerry Brooks Galinis  
Washington, DC, 20001                                       Nov 20, 2023

Kerry Salas De La Miya "Galinis"
PO Box 2017, Lake Charles, La, 70615
Kerrysalas36@gmail.com
tomeka.gilbert.Law@gmail.com
Service@myLawbird.com
(504) 408-0663

c/o Clerk
330 Federal Bldg
202 W Washington
PO Box 698
Marquette, MI, 49855

US Courts
of Louisiana
611 Broad St, Ste 188
Lake Charles, La, 70601
Judge Kathleen Kay
victoria_montanio@lawd.uscourts.gov

Case# 11218-23
Case# 13116-23

## PETITION FOR WRIT OF MANDAMUS TO COMPEL

Case# 22-cv-00515-L-8GS
Case# 1:14-cv-0046-PLM
New case # ????

| Plantiff | | Defendant |
|---|---|---|
| Kerry Salas De La Miya | VS | Calcasieu Sheriffs Department (ABCDEFG) |
| "Kerry Brooks Galinis" AKA | | 14th Judical District Court |

RE: RS 33:1884 Liability for failure to Serve Process; Prima Facie Evidence

Now comes into court, ExecSecDef Kerry Salas De La Miya, on the 18th Month of November, 2023. The Sheriff Deputies have Neglected, Failure and Refused to Serve Process and the Legal Process. They have only served process for the Calcasieu Parish 14th JDC and not allowing any inmate to equal Access to the courts or equal Protection under the Law. The Sheriff Deputies are being Bias and most of them are not trained to there Duties as a Deputy. They have caused injury in so many ways, there certificate of Bond could not even pay the Losses "$32,000,000" a day in Bitcoin Mining." Please See this Site. "https://www.411DOTCOM.WORDPRESS.COM" to see my Bitcoin wallet they have Stolen from me. again. Robbery and Conspricy. I placed many writs, motions and notices in Deputies Hands; They never got to where they was suppose to go. Now the Sheriff's may require a indemnifing Bond or Advance of Security for cases Provided by Law. I sent a FOIA Request to the Deputy Clerk for the Bonds in the Book they keep the Bonds in. They will not allow me the Certificate of Bonds, on the officers that violated. They are respondsable for the full amount of My injury. Money and my Freedom. I need the courts to Place a Mandamus to compel on them from Serving Process. They cut off all my Mail, in and out of this Prison and they Keep me Locked up 24/7/365. They Robbed me a Long side the Wilford D. Carter family. "RS 33:1884 Liability for failure to serve Process" needs to Be addressed by all courts of the Land. This should bring to all the Cheif Judges Attention of the State of Louisiana or Face-de-Bar. We Put Quility into the Justice system not take the Quility out of the Justice system. PETITION FOR WRIT OF PROHABITION Please see "https://www.execsecdefense.wordpress.com I am the ExecSecDef

c/o ExecSecDef: Records
1030 Pentagon Defense
Washington, DC. 20007

ExecSecDef Kerry Salas De La Miya
"Kerry Brooks Galinis"
Nov 20 2023

Kerry Salas
PO Box 2017, Lake Charles, La, 70615
KerrySalas36@gmail.com
tomeka.gilbert.law@gmail.com
Service@mylawbird.com
(504) 408-0663

c/o Clerk
330 Federal Bld
202 W. Washington
PO Box 698
Marquette, MI, 49855

611 Broad St, Ste 188
Lake Charles, La, 70601
Judge Kathleen Key
andrea_crawford@lawd.uscourts.gov

## PETITION FOR MANDAMUS TO COMPEL TO SUPPRESS EVIDENCE

Case # 11218-23
Case # 13116-23
Case # 1:14-cv-0046-PLM
Case # 22-cv-00515-L-BGS
Date: Nov, 20, 2023

Plantiff

Kerry Salas De La Miya

VS

Defendant
(A)(B)(C)(D)(E)
14th Judicial District Court

RE: Tag # 2023-00072337 Tag# 8
RE: Tag# 2023-00071333 Tag#10
RE: Tag # 2023-00071333 Tag# 9
RE: Tag# 2023-00071333 Tag# 11
RE: Tag# 2023-00071333 Tag# 7
RE: Tag# 2023-00072333 Tag 000001 thru 000150 Documents

① "Failed to Conduct an Adequate investigation" The Deputies Stated Melissa was Staying above Kerry Salas De La Miya in the room up Stairs closest to the road, where they found the Drugs. They failed to take Photos of the upstairs, where the drugs was found. Melissa Renee Floyd Miller admits to the Deputies "John Fredrick" had Just got done giving her the Drugs to her before the warrantless search, unlawful Raid of the Shop. And the 48 hour warrants was also Defective, from the lies it obtained. And also "Detective Ben Here" lied about speaking with Latter e Blum, Inc about the Lease, But he will add the statement from Christopher Salvador and not the Statement from the Broker. Why? ½ truth. One sided Story to present a false crime, to commit crimes against my company "Trade Secret Stealing" I can Prove it.

② Insufficiency of Evidence: be for a grand Jury. The Deputies used the same Statements that was a Lie in all 3 warrants. Even for the Statement in all 3 Arrest warrants. Perjury by the officer and Amanda signed her name to the Lies under Perjury.

③ "No Search Warrant was Issued": and the Probable warrant was only good for 48 hours. Broke the Law, Violate my rights to a warrantless Search. "Supre"'s challenge based upon Guilty Plea to Accusatory insterment which is void because the Prosecutor's Knowledge that the only evidence to Support is false" "Quoting People v. Pelchat, 62 NY 2d 97/08, 464 NE 2d 447 453, 476, N.Y.S. 2d 79, 85 (1984)

c/o ExecSecDef
1030 Pentagon Defense
Washington, DC, 2023

ExecSecDef Kerry Salas De La Miya
Kerry Brooks Galinis
Nov 20, 2023

Kerry Salas De La Miya "Gelinis"
PO Box 2017, Lake Charles, La, 70615
Kerrysalas36@gmail.com
tomeka.gilbert.Law@gmail.com
Service@myLawBird.com
(504) 408-0663

C/O Clerk
330 Federal Blgd
202 W Washington
PO Box 698
Marquette, MI 49855

WD US Courts of Lake Charles
of Louisiana
611 Broad St. Ste 188
Lake Charles, La, 70601
Judge Kathleen Key
Victoria_montano@Lawd.uscourts

# PETITION: FOR WRIT OF MANDAMUS TO COMPEL TO SHOW CAUSE HEARING PURSANT "La.C.Cr.701"

Case # 11218-23

Kerry Salas De La Miya   vs   14th Judicial District Court   Case # 13116-23

Case # 1:14-cv-0046-PLM

RE: Mandamus to compel a show cause hearing     Case # 22-cv-00515-L-BGS

Pursant to La C.Cr 701                            Nov 20 2023

Now Comes into Court Exec Sec Def Kerry Salas De La Miya on Nov 20 2023 asking, Praying, and Requesting the WD US Courts of Louisiana for a mandamus ordering a show cause hearing regarding the Law "La.C.Cr.P 701 Speed trial" The courts addressed the Issues of the Law "La.C.Cr.P. 701 A)B)(1)E)(b) and (2)(a)(b)(c)(d)(1)" that Benifits the District Attorney and the State of Louisiana, The 14th JDC fails to give me equal access to the courts which violates my rights as well "This is Prima Facie Evidence of them violating" that this is going on. Now I need a Mandamus to Compel and a "Writ of Prohibition" and a "injunction order" to keep them from doing this anymore. A perminit injunction. Now it is time to Address and Set a show cause hearing for "La.C.Cr.P 701(D)(1)(a)(b)(2)(3)(E)(F)" I am asking the court to mandamus to compel under there own courtRoom Rules and Ethics. To keep the Honorable Court Room Neutreal for Both Plantiff and the Defendant. The Past Performances of Standards Past down from the High Courts "La, Admin. Code tit 41 Part II § motions (A)(B)(1)(2)(3)(4)(C)(1)(2)(3)(4)(D)(1-6) 14th JDC Does Not Meet these Standards and show cause! Why?

C/O Exec SecDef & Records
1030 Pentagon Defense
Washington, D.C. 20007

Exec Sec Def Kerry Salas De La Miya
Kerry Gelinis
Nov 20 2023
K G

Kerry Salas De La Miya "Salas"
PO Box 2017, Lake Charles, LA, 70615
KerrySalas36@gmail.com
tomeka.gilbert.Law@gmail.com
Service@mylawbird.com
(504) 408-0663

c/o Clerk
330 Federal Bldg
202 W Washington
PO Box 698
Marquette, MI, 49855

Of Louisiana
611 Broad St, Ste 188
Lake Charles, LA, 70601
Judge Kathleen Kay
Victoria_montanio@lawd.uscourts.gov

## PETITION FOR RELEASE, WRIT OF HABEAS CORPUS WITHIN 72 HOURS FOR HEARING

Case # 11218-23
Case # 13186-23

Plantiff

Kerry Salas De La Miya       vs       14th Judical District Court

RE: PETITION FOR WRIT OF MANDAMUS TO COMPEL

Now Comes into Court, ExecSecDef Kerry Salas De La Miya on the 20th Day of November, the year of 2023. This will be the 3rd Writ of Habeas Corpus I have submitted to the 14th Judical District Courts, and also a verbal recorded on September 11 2023 around 11:30 am. The courts took note of the request. I still have not had my hearing within 72 hours clored by Law when a Writ has been submitted to the court backed by verbal request and the Judge took note of the request involved. I submitted 24 motions into the courts at Different times hoping to get a respond. Motion for Schedule order was the first one. I served notice on all parties involved, on November 07, 2023 my process of Serve was not honored in the 14th JDC, I want the courts to Note for the "Record" I did not get equal access to the courts or equal protection under the Law, This is Prima Facie Evidence. I have taken all Actions I could have taken "that" I Possiable could have taken. I also sent habeas corpus to the warden in DOC# 760285, That was not Answer. Please see "La Cr.C. 1457 Right to Habeas Corpus" "Please see" La. Cr.P 351- Habeas Corpus" "Please see" La. Cr. P### Granting of Writs "Supra-Time and Place for answer shell be not to exceed 72 hours from the time of issuence of writ" RE: The Courts to which the writ is Presented shell immediately grant the writ of Habeas Corpus under "La.Cr.P 354" I recomend any court as well as the W.D. US Court room downtown @ 611 Broad St, Lake Charles, LA, 70601 I have exhusted all Adminstrative remedies. I invoke my right to habeas corpus and also bring notice to the courts Attention "La. Art 701 Speedy Trial Rights" The next court date is Febuary 12 2024 violates my speed trial rights by another 120 days bring the total to 240 days

c/o ExecSecDef
1030 Pentagon Defense
Washington, DC, 20007

ExecSecDef Kerry Salas De La Miya
"Kerry Galinis"
Nov 20, 2023

Kerry Salas DeLaMiye "Gilinis" Courts Lake Charles
PO Box 2017, Lake Charles, La, 70615
Kerrysalas36@gmail.com
tomeka.gilbert.law@gmail.com
Service@MyLawbird.com
(504)408-0663

c/o Clerk
330 Federal Bld
202 W Washington
PO Box 698
Marquette, MI, 49855

611 Broad St, Ste 188
Lake Charles, La, 70601
Judge Kathleen Kay
victoria_montanio@laud.uscourt

# PETITION FOR WRIT OF PROHIBITION

Case # 11218-23
Case # 13116-23
Case # 22-cv-00515-L-BGS
Case # 1:14-cv-0046-PLM

Plantiff

Kerry Salas De La Miye        vs        14th Judicial District Courts
                                        State of Louisiana
                                        Judges & District Attorney

RE: Calcasieu Parish Courts and The State of Louisiana and all of the Sheriff's Deputies at the Prisons and Deputies under Tony Mancuso

The current situation involves the 14th JDC Judges Son, Named J. Norris Carter. Carter was convicted of murder in the 90's and only served 5 years prison. because of his father's Political powers, as a Judge in the Southwest Area. J. Norris Carter is also the owner of Gott Communications, Inc, LLC. The Carter family's influence over my situation with Local Police and the Judge and the Judical System as a Whole. Prohibition I Seek, Follow the Laws of Louisiana Speedy Trial 701. Release me from Bond Conditions after 120 days. Allow a motion to Quash indictment, or a motion to Dismiss. Don't allow Evidence to be submitted that was gathered from illegal Search and Seizure. Don't allow the Sheriff Administration to Disable my account that allows me to view my Electronic U.S. Legal Mail and Regular mail. Don't allow the Sheriff Administration to Block me from buying Envolopees, Paper, Pens, Stamps to communicate during the Proceedings of my case. Don't allow the Deputies to keep me Locked up 24 hours a day, from keeping me from calling my Attorney. Don't Allow Trial Courts to keep me from having equal Access to the courts. Allow Habeas Corpus. Allow FOIA. Request, I submit. Allow a motion to Change venue. Since Wilford D Carter Judge and his family are politically involved. Don't Block me from Asseecing the Courts, Any Court. Don't Allow my Attorney to Work Against me. Allow the motion to Preserve Evidence. Don't allow Evidence to be Distroyed the Way 14th JDC allowed it to happen. Stop all illegal Acts and uphold the Laws and Court Room Rules & Ethics, Rules of Evidence, Allow Judical Review, Please was this case

c/o ExecSecDef
1030 Pentagon Defense
Washington, D.C. 20007

ExecSecDef Kerry Salas De La Miye
Kerry Salas-Gulinis
Nov 20, 2023

Kerry Salas De La Miya "Gelinis"
Po Box 2017, Lake Charles, La, 70615
KerrySalas36@gmail.com
tomeka.gilbert.Law@gmail.com
Service@myLawbird.com
(504) 408-0663

c/o Clerk
330 Federal Bldg
202 W. Washington
Po Box 698
Marquette, MI
49855-0000

US District Court of Lake Charles
of Louisiana
611 Broad St, Ste 188
Lake Charles, La, 70601
Judge Kathleen Kay
Andrea-crawford@Lawd.uscourts.com

# WRIT PETITION FOR MANDAMUS TO COMPEL

Case # 11218-23
Case # 13116-23

Date: 11-20-23

Case # 1:14-cv-0046-PLM
Case # 22-cv-00515-L-BGS
New case # ?????

**Plantiff**

Kerry Salas De La Miya "Gelinis"
United States of America

VS

Deputy Clerk of Calcasieu
Ms Romero Deputy Clerk

## RE: FOIA DOCUMENT REQUEST CALCASIEU PARISH SHERIFF'S DEPARTMENT CERTIFACATES OF BONDS

RE: RS 33:1884; Liability for failure to serve Process; Prima Facie Evidence

Now comes into court, ExecSecDef Kerry Salas De La Miya on the 18th day of November in the year 2023; asking the W.D. US Courts of Louisiana to issue a Mandamus to compel the "Calcasieu Parish Deputy Clerk" to give me copies of fronts and Backs of Every Deputy Shriff's in this Calcasieu Parish. There is around 580 Shriff Deputies and around 83 Detectives. "That is a total of 613 Bond Certificates on Record I need" I will not waist 8 years of my life in Court fighting a corrupt Officer, I will take his certifcate of Bond and he will no Longer work in Law enforcment. That way the good officers stay and the Bad Apples go get another Job in a different industry that does not involve violating the Process and a chance to Abuse thire Athority. I will put the integraty back into the Calcasieu Shriff's Department. I will take one Bond at a time on the Frontline. I will be Canciling thire Bond or Cashing it in for violating th Louisians LAW of RS 33:1884; Liability for failure to serve Process; Prima Facie Evidence

Th Deputy Clerk needs to stop violating Federal and State Laws that Violate the "Freedom of Information Act". I am not asking her for private records or Personal Records, I am asking for Public Records under her control. She is "Denying me equal access to the courts" Why?? Is it because of my Race, color, sex, orgin, Religon, ext ???

c/o ExecSec Def : Records
1030 Pentagon Defense
Washington, D.C. 20007

ExecSecDef Kerry Salas De La Miya
"Kerry Gelinis"
Nov 20 2023



